**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| TAMRA K. COKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.  CIV-06-0911-HE |
| | ) | |
| HARTFORD LIFE GROUP INSURANCE | ) | |
| COMPANY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The parties have jointly proposed an agreed protective order relating to confidential information.  As the proposed order includes no definition or standard for determining what constitutes "confidential information" beyond a party's subjective, good faith belief that something is confidential, the court concludes the proposed order is inconsistent with the public nature of legal proceedings.  The motion [Doc. #16] is therefore **DENIED**.  A motion seeking a more limited order may be re-urged.

**IT IS SO ORDERED**.

Dated this 6th day of February, 2007.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE