# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMRA K. COKER, ) | |
| Plaintiff, ) | NO. CIV-06-00911-HE |
| vs. ) | |
| ) | **OCTOBER, 2007, TRIAL DOCKET** |
| HARTFORD LIFE GROUP INS. CO., ET AL., ) | |
| Defendants. ) | |

## REVISED SCHEDULING ORDER

Date: February 9, 2006

☒ **JURY TRIAL DEMANDED** - ☐ **NON-JURY TRIAL**

## THE FOLLOWING DEADLINES ARE SET BY THE COURT:

1. Motions to join additional parties to be filed by  11/30/06  .

2. Motions to amend pleadings to be filed by  11/30/06  .

3. (a) Plaintiff to file a **final** list of **expert witnesses(es) in chief and expert reports** by  05/15/07  .*

   (b) Defendant to file a **final** list of **expert witness(es) in chief and expert reports** by  06/1/07  .*

4. (a) Plaintiff to file a **final** list of witnesses together with addresses and brief summary of expected testimony where a witness has not already been deposed by  06/1/07  .*
   (b) Defendant to file a **final** list of **witnesses** (as described above) **ten (10) days** thereafter.*

5. (a) Plaintiff to file a **final exhibit** list by  06/1/07  .*

   (b) Defendant to file a **final exhibit** list and any exhibits not previously submitted **ten (10) days** thereafter.*

*The listing of witnesses and exhibits shall separately state those expected to be called or used and those which may be called or used if the need arises. Except for good cause shown, no witness will be permitted to testify and no exhibit will be admitted in any party's case in chief unless such witness or exhibit was included in the party's filed witness or exhibit list.

6. Discovery to be completed by  07/1/07  .

7. All dispositive and *Daubert* motions to be filed by  07/15/07  

If the deadline for dispositive motions and

**Scheduling Order - Revised 10/2004 - Page 1**

*Daubert* motions precedes the discovery deadline, the parties are expected to conduct any discovery necessary for such motions in advance of the motion deadline.

8. **Trial Docket** OCTOBER, 2007

**\*\*Trial dockets generally begin the second Monday of each month. However, this practice varies, particularly during holidays. The published trial docket will announce the trial setting.**

The interval between the dispositive motion deadline (¶ 7) and the trial docket (¶ 8) is relatively inflexible. An extension of time to file or respond to a motion for summary judgment will likely affect the trial setting.

9. Designations of deposition testimony to be used at trial to be filed by 09/1/07. Objections and counter designations to be filed by 09/15/07

10. Motions in limine to be filed by 09/15/07.

11. Requested voir dire to be filed by 09/15/07.

12. Trial briefs (optional unless otherwise ordered) to be filed by 09/1/07.

13. Requested jury instructions to be filed on or before 09/15/07.\*\*\*

14. Proposed findings and conclusions of law are to be filed not later than _____.\*\*\*

**\*\*\*In addition to filing, the parties are encouraged, but not required, to submit their proposed jury instructions or findings of fact and conclusions of law in WordPerfect format to the Clerk via the Court's designated mail box:** www.last name of judge@okwd.uscourts.gov

15. Any objection or response to the trial submissions referenced in 10, 11, 12, 13, or 14 to be filed within **eleven (11) days** thereafter.

16. The Final Pretrial Report, approved by all counsel, and in full compliance with Local Rules (*See* Appendix IV), together with a proposed order approving the report, to be submitted to the Court by 09/15/07.

17. This case is referred to the following Court-sponsored ADR/settlement process or special trial track:

☐ by agreement of the parties, with the approval of the Court:

☐ by Order of the Court:

☐ Mediation
☐ Early Neutral Evaluation
☐ Non-binding arbitration
☐ "Cost Reduction Trial Track" (agreement of the parties required)
☐ Other: _____.

If the case is referred to mediation, early neutral evaluation, or non-binding arbitration, the process shall be completed and a report filed with the Court by the parties, stating whether the case settled, not later than _____.

**Scheduling Order - Revised 10/2004 - Page 2**

18. Once a civil case is set on a trial docket, that case will generally be scheduled for a settlement conference before a judge not otherwise assigned to the case.

19. ☐ The parties consent to trial by Magistrate Judge.

20. Initial disclosures pursuant to Fed.R.Civ.P.26 have been made ☐; are excused ☐; or ☐ shall be made not later than _____.

21. Other:_____
_____
_____.

**BY ORDER OF THE COURT**
**ROBERT D. DENNIS, CLERK OF COURT**

By: <u>s/ Janet Wright</u>
     Deputy Clerk