# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TAMRA K. COKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-06-0911-HE |
| | ) | |
| HARTFORD LIFE GROUP INSURANCE | ) | |
| COMPANY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The joint motion of the parties for extension of deadlines is **GRANTED** as set forth by separate revised scheduling order.

**IT IS SO ORDERED**.

Dated this 31st day of May, 2007.

JOE HEATON
UNITED STATES DISTRICT JUDGE